```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 01661
   MAURICE GREEN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6072

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/31/2007 and was confirmed 04/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 12/19/2007.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
BMW FINANCIAL SERVICES N SECURED VEHIC   40012.00        1134.07         3902.70
BMW FINANCIAL SERVICES N UNSECURED         686.48            .00             .00
ADVANCE PAYDAY           UNSECURED       NOT FILED           .00             .00
BANK OF AMERICA          UNSECURED       NOT FILED           .00             .00
CHASE BANK USA           UNSECURED          168.00           .00             .00
CHASE BANK USA           UNSECURED          154.75           .00             .00
CITY OF CHICAGO PARKING  UNSECURED         7825.00           .00             .00
CORPORATE AMERICA FEDERA UNSECURED         1276.94           .00             .00
B-LINE LLC               UNSECURED          766.95           .00             .00
ECAST SETTLEMENT CORP    UNSECURED          323.71           .00             .00
MERCHANTS CREDIT GUIDE   UNSECURED       NOT FILED           .00             .00
NATIONAL QUICK CASH      UNSECURED       NOT FILED           .00             .00
ONYX ACCEPTANCE          UNSECURED       NOT FILED           .00             .00
PEOPLES GAS & LIGHT      UNSECURED       NOT FILED           .00             .00
PLAINS COMMERCE BANK     UNSECURED          624.31           .00             .00
CAPITAL ONE AUTO FINANCE UNSECURED         6884.87           .00             .00
IDPA/DIV OF CHILD SUPPOR NOTICE ONLY     NOT FILED           .00             .00
ILL DEPT HEALTH & FAM SE NOTICE ONLY     NOT FILED           .00             .00
DAMITA BUFFINGTON & ASSO DEBTOR ATTY        2,324.00                         .00
TOM VAUGHN               TRUSTEE                                          348.23
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  5,385.00

PRIORITY                                              .00
SECURED                                          3,902.70
    INTEREST                                     1,134.07
UNSECURED                                             .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 01661 MAURICE GREEN
```

```
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                              348.23
DEBTOR REFUND                                                        .00
                                            ---------------   ---------------
TOTALS                                            5,385.00         5,385.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 07 B 01661 MAURICE GREEN